

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

**MEMO ENDORSED**

September 24, 2020

**By ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

**Re:**     *United States v. Richie Cintron*, 12 Cr. 951 (KMK)

Dear Judge Karas,

    Based on discussions with Chambers this morning, the Government respectfully submits this letter to request that the Court set October 5, 2020 as the Government's response date for the defendant's motion for compassionate release in this matter (ECF No. 29.) The undersigned entered an appearance this morning on behalf of the Government and will mail this letter and the Court's endorsement from August 18, 2020 (ECF No. 30) to the defendant today.

Granted. The Government is to mail this memo endorsement to Mr. Cintron by 9/25/20 and certify that it did so by 9/29/20.

So Ordered.

*[signature]*
9/24/20

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: *[signature]*
    Nicholas S. Bradley
    Assistant United States Attorney
    (914) 993-1962